**UNITED STATES DISTRICT COURT FOR THE**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| Maria V. Young, Bryan Jimenez Picardo, and Liseth Jimenez Picardo | ) | CIVIL ACTION |
| Plaintiffs. | ) | |
| vs. | ) | NO.: 26-cv-7295 |
| Carrie M. Selby, Associate Director, USCIS Service Center Operations Directorate | ) | AGENCY CASE NO.: None |
| Joseph B. Edlow, Director, USCIS, And, | ) | |
| Markwayne Mullin, Secretary, U.S. Department of Homeland Security | ) | |
| Defendants. | ) | |

**ORDER**

AND NOW THIS 9th______day of November__________, 2026 it is hereby ORDERED AND DECREED that the above-captioned case is dismissed.

/S/ Kai N. Scott

J.